**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │ SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>     Plaintiff<br><br>vs.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br><br>     Defendants. | CIV No.: 2:23-CV-21849-CCC-JRA<br><br>A Civil Action<br><br>**NOTICE OF MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANTS** |

To:

| | |
|---|---|
| Clerk of the Court | Richard Malagiere, Esq. |
| Clarkson S. Fisher Building | Law Office of Richard Malagiere, P.C. |
| & U.S. Courthouse | 250 Moonachie Road, Suite 300A |
| 402 East State Street | Moonachie, New Jersey 07074 |
| Trenton, New Jersey 08608 | Attorneys for Plaintiff |

 PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants, The Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min ("Defendants") moves before the Hon. Claire C. Cecchi, U.S.D.J., pursuant to Fed. R. Civ. P. 7(b) and L. Civ. R. 7(m) for an Order extending State Defendants' time to answer or otherwise respond to Plaintiffs' Complaint to January 16, 2024.

#3283112

Defendants shall rely on the within Certification of Counsel being filed with this Notice of Motion, in support of this motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

                                                      **Semeraro & Fahrney, LLC**
                                                      Attorneys for Defendants

By: _____
       R. Scott Fahrney, Esq.,

Dated: December 15, 2023