**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>                    Plaintiff<br><br>vs.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br><br>                    Defendants. | CIV No.: 2:23-CV-21849-CCC-JRA<br><br>A Civil Action<br><br>**ORDER** |

This matter having come before the Court on a motion by R. Scott Fahrney, Esq., of the Law Firm of Semeraro & Fahrney, LLC, Attorneys for Defendants, The Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min, for an Order extending Defendants' time to file a response to Plaintiffs' Complaint to January 16, 2024, pursuant to Fed. R. Civ. P. 7(b) and L. Civ. R. 7(m); and the Court having considered the papers submitted herein; and this matter being decided under Fed. R. Civ. P. 78; and for good cause shown;

IT IS on this _____ day of _____, 2023;

ORDERED that Defendants' Motion to Extend Time to answer or otherwise plead is hereby GRANTED; it is further

#3283112

ORDERED that Defendants' response to Plaintiff's Complaint shall be filed on or before January 16, 2024; and it is further ORDERED that a copy of this Order shall be served upon all parties via ECF.

_____
Unopposed

_____                                      _____
Opposed                                        Hon. Claire C. Cecchi, U.S.D.J.

#3283112