**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff<br><br>vs.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civ. No.: 2:23-CV-21849-CCC-JRA<br><br>A Civil Action<br><br>**NOTICE OF MOTION<br>TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 12(B)(6)** |

To:

| | |
|---|---|
| United States District Court<br>District of New Jersey-Newark Vicinage<br>Martin Luther King Building &<br>U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | Richard Malagiere, Esq.<br>Law Office of Richard Malagiere, P.C.<br>250 Moonachie Road, Suite 300A<br>Moonachie, New Jersey 07074<br>Attorneys for Plaintiff |

**PLEASE TAKE NOTICE** that on February 20, 2024, the undersigned, attorneys for Defendants, The Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min ("Defendants") will move before the Hon. Claire C. Cecchi, U.S.D.J., pursuant to Fed. R. Civ. P. 12(b)(6) and L. Civ. R. 7(m) for an Order dismissing all claims against Defendants for failure to state a claim upon which relief can be granted.

#3283112

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief and Certification of Counsel in support of the within motion; and,

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached hereto.

                                              **Semeraro & Fahrney, LLC**
                                              Attorneys for Defendants

                                              By: _____
                                                       R. Scott Fahrney, Esq.,

Dated:  January 16, 2024