**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │ SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br>                    Plaintiff<br><br>vs.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br>                    Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civ. No.: 2:23-CV-21849-CCC-JRA<br><br>A Civil Action<br><br>**CERTIFICATION OF SERVICE** |

I, R. Scott Fahrney, Esq., being of full age, herby certifies as follows:

1.  I am an Attorney at Law of the State of New Jersey, licensed to practice before this Court, and am a Partner of the Law Firm of Semeraro & Fahrney, LLC.

2.  I hereby certify that the within Notice of Motion, Memorandum of Law, Certification of Counsel, Certification of Service, and proposed form of order were filed electronically with the Clerk of the United States District Court on behalf of Defendants on January 16, 2024 via CM/ECF Electronic Filing.

3.  I further certify that copies of the Notice of Motion and supporting documents were served on the following via ECF and Email:

Richard Malagiere, Esq.
Law Office of Richard Malagiere, P.C.
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074

#3283112

I certify under penalty of perjury that the foregoing statements are true and correct.

**Semeraro & Fahrney, LLC**
Attorneys for Defendants

By: _____
R. Scott Fahrney, Esq.,

Dated:  January 16, 2024

2

#3283112