**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │ SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>      Plaintiff<br><br>vs.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br><br>      Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civ. No.: 2:23-CV-21849-CCC-JRA<br><br>A Civil Action<br><br>**ORDER** |

  **THIS MATTER** having come before the Court on a motion by R. Scott Fahrney, Esq., of the Law Firm of Semeraro & Fahrney, LLC, Attorneys for Defendants, The Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min, pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

  **IT IS** on this _____ day of _____, 2019;

  **ORDERED** that the motion to dismiss all claims against Defendants, the Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min, in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED**; and it is further

#3283112

**ORDERED** that all parties be served a copy of this Order via ECF.

                                                                                                                                                  Hon. Claire C. Cecchi, U.S.D.J.

_____ Opposed

_____ Unopposed

#3283112