THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

January 31, 2024

<u>**VIA CM/ECF**</u>
Melissa E. Rhoads, Esq.
Clerk of Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102.

  Re: **LORENZO v. THE BOROUGH OF PALISADES PARK, NEW JERSEY et al**
     **Civil Action No. 2:23-cv-21849-CCC-JRA**

Dear Ms. Rhodes:

  This office represents plaintiff, David Lorenzo, in the above matter.

  Defendants have filed a motion to dismiss plaintiff's complaint (ECF No. 7). The originally noticed return date of that motion is February 20, 2024. That date has not previously been extended or adjourned. Opposition papers would otherwise be due on February 6, 2024.

  Pursuant to *L.Civ.R.* 7.1(d)(5), please adjourn that motion to the next available return date which is March 4, 2024. Opposition papers will be due by February 20, 2024. Movants reply will be due no later than February 26, 2024.

2

Thank you.

                                                                     Respectfully submitted,

                                                                      s/ Leonard E. Seaman
                                                                      LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
        client (via e-mail)