THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, 3rd Floor, Suite 300-A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere Attorney ID: (037951996)
Leonard E. Seaman Attorney ID: (035021990)
Giancarlo Ghione Attorney ID: (294482020)
Attorneys for Plaintiff, David Lorenzo

## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LORENZO<br><br>    *Plaintiff,*<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey<br><br>    *Defendants.* | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civ. No.: 2:23-CV-21849-CCC-JRA<br><br><u>CIVIL ACTION</u><br><br>**NOTICE OF OPPOSED MOTION TO AMEND PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that on April 15, 2024 or as soon thereafter as counsel may be heard, plaintiff David Lorenzo, by way of Motion will apply move before the above-named court for leave to file an Amended Complaint pursuant to *Fed. R. Civ. P.* 15 and *L. Civ. R.* 15.1, and for entry of an Order for leave to file a first amended complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the enclosed brief and declaration of Leonard E. Seaman submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that pursuant to *L. Civ. R.* 78.1(b), oral argument is not requested.

    s/ Leonard E. Seaman
RICHARD MALAGIERE
LEONARD E. SEAMAN
THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel. (201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com

Dated: March 21, 2024