**THE LAW OFFICES OF RICHARD MALAGIERE**
A Professional Corporation
250 Moonachie Road, 3rd Floor, Suite 300-A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere Attorney ID: (037951996)
Leonard E. Seaman Attorney ID: (035021990)
Giancarlo Ghione Attorney ID: (294482020)
Attorneys for Plaintiff, David Lorenzo

## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LORENZO<br><br>*Plaintiff,*<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey<br><br>*Defendants.* | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civ. No.: 2:23-CV-21849-CCC-JRA<br><br>CIVIL ACTION<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the court by plaintiff, David Lorenzo for an Order for leave to file an Amended Complaint pursuant to *Fed. R. Civ. P.* 15 and *L. Civ. R.* 15.1, and the court having considered the moving papers, opposition, and arguments of counsel, and good cause having been shown;

1

**IT IS** this _____ day of _____, 2024;

**ORDERED** plaintiff is permitted to file the amended complaint in the form attached to the declaration of counsel within ____ days of the date hereof; and,

**IT IS FURTHER ORDER** that counsel for movant shall serve a copy of this Order on all parties not served with a copy hereof electronically.

_____