THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |
|---|---|---|---|

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail:  les@malagierelaw.com

March 22, 2024

<u>**VIA CM/ECF**</u>
The Honorable José R. Almonte, USMJ
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

  Re: **LORENZO v. THE BOROUGH OF PALISADES PARK, NEW JERSEY et al.**
     **Civil Action No.: 2:23-cv-21849-CCC-JRA**

Dear Judge Almonte:

  This office represents plaintiff, David Lorenzo, in the above matter.

  We have conferred with defendant's counsel and submit the attached, proposed joint discovery plan in connection with the initial scheduling conference scheduled for March 25, 2024.

  Thank you.

               Respectfully,
               s/ Leonard E. Seaman
               LEONARD E. SEAMAN

LES/me
Enc.
cc: R. Scott Fahrney , Jr., Esq. (via CM/ECF)
   client (via e-mail)