# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>FIRST AMENDED SCHEDULING ORDER |

**THIS MATTER** having come before the Court by way of defendants' letter dated April 15, 2024, seeking an extension to the time to complete discovery (ECF No. 16), and for good cause shown,

**IT IS, on this 16th day of April 2024, ORDERED** that:

1. Written or paper fact discovery is extended through **October 7, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **September 5, 2024**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE