ROSHAN D. SHAH, ESQ.
**ANDERSON & SHAH, LLC**
ATTORNEY AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorney for Defendants Stephanie Jang and Jae Park*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| DAVID J. LORENZO, | Hon. Jose R. Almonte, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:23-cv-21849-CCC-JRA |
| v. | CIVIL ACTION |
| THE BOROUGH OF PALISADES PARK, et al., | NOTICE OF APPEARANCE |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned, ROSHAN D. SHAH, ESQ. of Anderson & Shah, LLC, enters his appearance as counsel on behalf of Defendants Stephanie Jang and Jae Park.

**ANDERSON & SHAH, LLC**
*Attorneys for Defendants Stephanie Jang and Jae Park*

Dated: June 7, 2024

By: */s/Roshan D. Shah*
ROSHAN D. SHAH, ESQ.

1