

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

June 7, 2024

**VIA CM/ECF ONLY**
Hon. Jose R. Almonte, U.S.M.J.
Martin Luther King Building &
    U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, NJ 07101

      Re:    **Lorenzo v. Borough of Palisades Park, et al.**
               **Civil Action No. 23-21849 (CCC-JRA)**

Dear Judge Almonte:

This Firm represents Defendants Stephanie S. Jang and Jae Park in the above-referenced matter. We are in receipt of a motion for extension of time to file a responsive pleading filed by Defendants Borough of Palisades Park, Chong Paul Kim, and Suk Min (collectively, the "Borough Defendants"). In addition, we are in receipt of a letter from plaintiff's counsel seeking to consolidate this matter with another case, *Ashley v. Borough of Palisades Park, et al.*, Civil Action No. 22-6285 (CCC-JRA), and then putting together a single briefing schedule to deal with any motions.

We write to join in the Borough Defendants' application for an extension of time. While we take no position on whether the *Ashley* matter should be consolidated with this one (we don't represent anyone in that matter as of now), if this Court believes consolidation is appropriate, we do believe a single briefing schedule would be advisable.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c:  All Counsel of Record