THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere
Leonard E. Seaman
Attorneys for Plaintiff, David J. Lorenzo

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>        Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey), STEPHANIE S. JANG (individually and in her official capacity as a member of the Borough Council of Palisades Park, New Jersey, JAE PARK (individually and in her official capacity as a member of the Borough Council of Palisades Park, New Jersey),.<br><br>        Defendants. | Civil Action No. 2:23-CV-21849-CCC-JRA<br><br>**NOTICE OF APPEARANCE** |

To:   Melissa E. Rhoads, Esq., Clerk of Court and all parties of record

I am admitted to practice before this court, and I appear in this case as co-counsel for the plaintiff, David J. Lorenzo.

<u>/s/ Richard Malagiere</u>
Richard Malagiere
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Email: RM@malagierelaw.com
Phone: 201-440-0675
Direct Dial:  201-509-4181
Fax: 201-440-1843

DATED: June 24, 2024