# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated August 13, 2024 (ECF No. 45), seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 20th day of August 2024, ORDERED** that:

1. All outstanding Rule 26 disclosures shall be served by **September 3, 2024**.

2. All paper discovery shall be served by **September 16, 2024**.

3. Paper discovery shall be responded to by **November 1, 2024.**

4. Fact discovery is extended through **February 28, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

5. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **January 28, 2025**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

6. All affirmative expert reports shall be delivered by **March 31, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

7. All responding expert reports shall be delivered by **May 16, 2025**. Any such report shall comport with the form and content requirements referenced above.

8. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 16, 2025**.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE