# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID J. LORENZO,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>    Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**THIRD AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated November 27, 2024 (ECF No. 49), seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 4th day of December 2024, ORDERED** that:

1. Paper discovery shall be responded to by **December 31, 2024.**

2. Fact discovery is extended through **March 31, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

3. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **February 28, 2025**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

4. All affirmative expert reports shall be delivered by **April 30, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **May 30, 2025**. Any such report shall comport with the form and content requirements referenced above.

6. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 30, 2025**.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE