

Mark J. Semeraro, Esq.†
R. Scott Fahrney, Esq.
Dustin F. Glass, Esq.

Stephen G. Piccininni, Esq.
Megan H. McMurtrie, Esq.

Richard A. Herman, Esq., *Of Counsel*

†Licensed in NY

155 Route 46, Suite 108
Wayne, New Jersey 07470
Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor,
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

February 20, 2025

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **RE:** **Lorenzo v. Borough of Palisades Park**
       **Docket No.: 2:23-cv-21849-CC-JRA**

       **Ashley v. Borough of Palisades Park**
       **Docket No.: 24-cv-6285-CCC-JRA**

Dear Judge Almonte:

  As you are aware, this office has been assigned to represent Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Suk Min with regard to the above matter, which has been consolidated for discovery purposes only. Please accept this letter as a joint letter from the parties requesting that the Court hold a Case Management Conference at its earliest convenient time.

  As Your Honor is aware, the deadline for paper discovery was set for December 31, 2024. I readily admit that I am presently in default of this deadline owing to the delay in obtaining documents responsive to the Plaintiff's interrogatories and notice to produce. Many of the documents are contained in the Borough archives, and as per the Borough Counsel, the Records Clerk and/or the Borough Counsel have the initial responsibility to obtain, review and the produce these documents and records to litigation counsel. This process has taken longer than expected and I am making efforts to speed it up as much as possible.

  Plaintiffs' counsel has supplied the following for inclusion in this letter as his clients' position:

Discovery demands were propounded on the delinquent defendants in April of 2024 in the Lorenzo matter and in September of 2024 in the Ashley matter. These defendants have had more than ample time to work through any bureaucratic hurdles that could have delayed production of these records.

Defense counsel's inability to obtain documents does not establish a basis for his clients' failure to answer interrogatories.

We recognize that our comments are harsh and by no means mean to imply that the blame for these delays falls on litigation counsel who we know to be competent and diligent lawyers. Rather, our clients believe that it is the defendants themselves who have no interest in participating in discovery in good faith and have taken to unreasonably delay this matter.

    I have spoken to all Counsel regarding this issue, and they concur that a request for a Case Management Conference should be made to Your Honor.

    I thank Your Honor for your time and attention to this matter. Should Your Honor have any questions please do not hesitate to have a member of staff contact my office.

    Very truly yours,

    R. Scott Fahrney, Esq.,

RSF/koh