**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**FIFTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated June 11, 2025 (ECF No. 58), and the status conference on June 17, 2025, seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 17th day of June 2025, ORDERED** that:

1. Fact discovery is extended through **September 30, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **August 29, 2025**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **October 30, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **November 28, 2025**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **December 30, 2025**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE