

| | | |
|---|---|---|
| Mark J. Semeraro, Esq.†<br>R. Scott Fahrney, Esq.<br>Dustin F. Glass, Esq.<br><br>Stephen G. Piccininni, Esq.<br>Megan H. McMurtrie, Esq.<br><br>Richard A. Herman, Esq., *Of Counsel*<br><br>†Licensed in NY | 155 Route 46, Suite 108<br>Wayne, New Jersey 07470<br>Telephone: 973-988-5070<br>Facsimile: 973-988-5533 | 90 E. Halsey Road, Suite 333<br>Parsippany, New Jersey 07054<br>Telephone: 973-988-5070<br><br>225 West 35th Street, 5th Floor,<br>New York, New York 10001<br><br>Reply to:<br>R. Scott Fahrney, Esq.<br>sfahrney@semerarolaw.com<br>Direct Dial: 973-988-5886 |

August 29, 2025

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **RE:**    **Lorenzo v. Borough of Palisades Park**
                 **Docket No.: 2:23-cv-21849-CC-JRA**

                **Ashley v. Borough of Palisades Park**
                 **Docket No.: 24-cv-6285-CCC-JRA**

Dear Judge Almonte:

      As you are aware, this office has been assigned to represent Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Suk Min with regard to the above matter, which has been consolidated for discovery purposes only. Fact discovery presently closes September 30, 2025, and the Fifth Amended Scheduling Order requires that any discovery disputes be brought to the Court's attention today, August 29, 2025. Please accept this letter as a timely status update regarding outstanding written discovery.

      This office initially served discovery demands to Plaintiff Lorenzo on December 4, 2024, which included:

- Defendant Kim's Request for Production of Documents
- Defendant Min's Request for Production of Documents
- Defendant Palisades Park's Request for Production of Documents

      The December 4, 2024 discovery demands served on Plaintiffs also included interrogatory demands from each Defendant to each Plaintiff; however, on March 18, 2025, those demands were revised, cut down, and served on Plaintiffs, which included:

- Defendant Palisades Park's Interrogatory Demands to Lorenzo;
- Defendant Palisades Park's Interrogatory Demands to Ashley;
- Defendants Kim and Min's Interrogatory Demands to Lorenzo;
- Defendants Kim and Min's Interrogatory Demands to Ashley.

On March 20, 2025, Plaintiffs advised the Court that responses to the aforementioned discovery requests were expected by April 30, 2025. On June 11, 2025, by joint status letter Plaintiffs' reported a delay in response, but anticipated serving responses no later than June 16, 2025.

At present, Defendants have still not received responses to any of the aforementioned discovery demands. This office tried conferring by telephone this afternoon but were unable to connect.

Defendants are committed to cooperative discovery, and as such, consent to allowing Plaintiffs an additional ten (10) days to serve full and complete responses to the outstanding requests. However, given today's discovery dispute deadline, we respectfully request that the Court deem this issue preserved under the Scheduling Order and permit the parties to continue conferring. If responses remain outstanding or are materially deficient after September 8, 2025, Defendants will provide a further update to the Court. However, we anticipate Plaintiffs will cooperate and provide discovery responses to the aforementioned outstanding requests by that date.

I thank Your Honor for your time and attention to this matter. Should Your Honor have any questions please do not hesitate to have a member of staff contact my office.

Very truly yours,

R. Scott Fahrney, Esq.,

RSF/sgp