

Mark J. Semeraro, Esq.†
R. Scott Fahrney, Esq.
Dustin F. Glass, Esq.

Stephen G. Piccininni, Esq.
Megan H. McMurtrie, Esq.

Richard A. Herman, Esq., *Of Counsel*

†Licensed in NY

155 Route 46, Suite 108
Wayne, New Jersey 07470
Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor,
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

September 8, 2025

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    **Lorenzo v. Borough of Palisades Park**
               **Docket No.: 2:23-cv-21849-CCC-JRA**

               **Ashley v. Borough of Palisades Park**
               **Docket No.: 24-cv-6285-CCC-JRA**

Dear Judge Almonte:

      As you are aware, this office has been assigned to represent Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Councilman Suk "John" Min, (the "Borough Defendants"), with regard to the above matter, which has been consolidated for discovery purposes only. Plaintiffs David J. Lorenzo and Austin Ashley are represented by Richard Malagiere, Esq. Co-Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq. Please accept the following joint letter on behalf of all parties regarding the potential discovery dispute detailed in my office's letter to the court dated August 29, 2025 at ECF No. [62], pursuant to the September 4, 2025 text order at ECF No. [63].

      After conferring with Plaintiffs counsel on September 5, Plaintiffs' counsel advised us that their responses have been completed and were being reviewed by Plaintiffs' for their signatures. Today, on September 8, 2025, Plaintiffs' counsel has served interrogatory responses to Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Councilman Suk "John" Min requests.

      Unfortunately, a disagreement remains concerning responses to the Borough Defendants' requests for production. The Borough Defendants asked when to expect Plaintiffs' responses to

those requests. Plaintiffs' counsel asked the Borough Defendants to accept Plaintiffs' responses to Co-Defendants Jang and Park's notice to produce "in lieu of any demands [the Borough Defendants] had." since those demands are largely duplicative of the ones served by defendants Jang and Park that Plaintiffs responded to and produced nearly 1700 pages of documents more than nine months ago and since, those documents demands were issued outside the time provided under the Scheduling Orders in this case (See ECF Nos. 15, 17, and 46). The Borough Defendants' position is that separate responses to their Rule 34 requests remain outstanding.

In light of the foregoing, the parties jointly and respectfully request a brief case-management conference at the Court's convenience to address this discrete issue, namely, whether Plaintiffs must serve separate responses to the Borough Defendants' Rule 34 requests (and any related scheduling implications).

I thank Your Honor for your time and attention to this matter. Should Your Honor have any questions please do not hesitate to have a member of staff contact my office.

                                              Very truly yours,

                                              R. Scott Fahrney, Esq.,

RSF/sgp