

Mark J. Semeraro, Esq.†
R. Scott Fahrney, Esq.
Dustin F. Glass, Esq.

Stephen G. Piccininni, Esq.
Megan H. McMurtrie, Esq.

Richard A. Herman, Esq., *Of Counsel*

†Licensed in NY

155 Route 46, Suite 108
Wayne, New Jersey 07470
Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor,
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

September 26, 2025

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    **Lorenzo v. Borough of Palisades Park**
                **Docket No.: 2:23-cv-21849-CCC-JRA**

                **Ashley v. Borough of Palisades Park**
                **Docket No.: 24-cv-6285-CCC-JRA**

Dear Judge Almonte:

      As you are aware, this office has been assigned to represent Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Councilman Suk "John" Min, (the "Borough Defendants"), with regard to the above matter, which has been consolidated for discovery purposes only. Plaintiffs David J. Lorenzo and Austin Ashley are represented by Richard Malagiere, Esq. Co-Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq. The parties write jointly in response to the Court's [65] September 15, 2025 Text Order directing a Rule 37.1(b) certification and, if unresolved, a single joint letter separating each disputed request and summarizing the issue with supporting authority.

      **Requests for Production.** Pursuant to Local Civil Rule 37.1(b), counsel certify that they conferred in good faith regarding Defendants' December 4, 2024 Requests for Production ("RFPs") between September 15, 2025 to present and have reached agreement resolving the dispute. At Plaintiffs' request, Defendants identified limited overlap between certain Borough-Defendant RFPs and Plaintiffs' prior production to co-defendants (Bates LOR/ASH-0001–1692), specifically, Mayor Kim RFP Nos. 3, 6, 8, 14; Councilman Min RFP Nos. 3, 6, 8, 14; and Borough RFP No. 22. To avoid duplication, Borough Defendants will accept Plaintiffs' incorporation of those materials subject to targeted supplementation addressing the limitations the parties discussed

and agreed upon. Plaintiffs will serve written responses and any additional responsive documents to all remaining RFPs by October 10, 2025. The parties will promptly confer after October 10 regarding any discrete, remaining issues. Although it is not anticipated to be the case, should a dispute persist, the parties will submit a letter to the Court in advance of the October 14, 2025 status conference, separating any still-disputed request(s), the parties' respective positions, and supporting authority.

**Interrogatories.** There is no present dispute before the Court regarding Plaintiffs' responses to the Borough Defendants' interrogatories, which Plaintiffs served on September 8, 2025. The parties are diligently conferring and working to address (and, where appropriate, cure) minor identified deficiencies in the answers which should be resolved in advance of the Case Management Conference. Should a disagreement arise that the parties cannot resolve after good-faith conferral, we will promptly notify the Court and submit a targeted joint letter in advance of the October 14, 2025 status conference, separating any still-disputed request(s), the parties' respective positions, and supporting authority.

I thank Your Honor for your time and attention to this matter. Should Your Honor have any questions please do not hesitate to have a member of staff contact my office.

Very truly yours,

R. Scott Fahrney, Esq.,

RSF/sgp