CHRISTOPHER A. KHATAMI, ESQ. (043472013)
**SHAH LAW GROUP, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Phone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Stephanie Jang and Jae Park*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| DAVID J. LORENZO, | Hon. Jose R. Almonte, U.S.D.J. |
| Plaintiff, | Civil Action No. 2;23-CV-21849-CCC-JRA |
| v. | |
| THE BOROUGH OF PALISADES PARK, et. al., | CIVIL ACTION |
| Defendants. | **NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned, CHRISTOPHER A. KHATAMI, ESQ., of Shah Law Group, LLC, enters his appearance as counsel on behalf of Defendants, Stephanie Jang and Jae Park.

      **SHAH LAW GROUP, LLC**
*Attorneys for Defendants Stephanie Jang and Jae Park*

By: */s/ Christopher A. Khatami*
    CHRISTOPHER A. KHATAMI, ESQ.

Dated: October 7, 2025