THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail:  les@malagierelaw.com

October 7, 2025

<u>**VIA CM/ECF**</u>
The Honorable José R. Almonte, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

   **Re: LORENZO v. THE BOROUGH OF PALISADES PARK et al.**
      **Civil Action No.: 2:23-cv-21849-CCC-JRA**

      **ASHLEY V. THE BOROUGH OF PALISADES PARK, et al.**
      **Civil Action No.: 2:24-cv-6285-CCC-JRA**

Dear Judge Almonte:

  This office represents plaintiffs David J. Lorenzo and Austin Ashley in the above-referenced matters which have been consolidated for discovery purposes. Defendants, the Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min are represented by R. Scott Fahrney , Jr., Esq. Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq., and Christopher A. Khatami, Esq.

  Please accept the following joint letter on behalf of all parties summarizing the status of these cases and settlement discussions as directed by the Court in preparation for the October 14, 2025 telephone status conference. (ECF No. 61)

## STATUS OF SETTLEMENT DISCUSSIONS AND RELATED STATE COURT MATTER

No settlement discussions have been undertaken in this case. The parties believe that those discussions are premature because of two factors. First, plaintiffs are finalizing responses to written discovery in this matter. More significantly, as Your Honor may recall, the plaintiffs, the Borough, Mayor Kim, and Councilman Min are also in engaged in litigation in New Jersey state court that relates to plaintiffs' contract-based claims for raises they were due during their terms of employment and for accrued sick and vacation pay and terminal leave they were owed upon termination, and the Borough's claim against Mr. Lorenzo seeking disgorgement of its past payments to him for unused sick and vacation pay. (The defendants here are represented by different counsel in the state court matters.)

Since our conference with Your Honor on June 17, 2025, the judge in the state court case denied Mr. Lorenzo's application to dismiss the Borough's affirmative claims under the New Jersey Uniform Public Expression Protection Act, N.J.S.A. 2A:53A-49 to -61, and the parties have been engaged in expedited discovery in that matter and depositions there are to be completed in the next 30 days.

## STATUS OF DISCOVERY

Defendants have responded to plaintiffs' demands for written discovery.

As we advised in the joint letter to Your Honor of September 26, 2025 (ECF #66), the parties resolved their dispute over the discovery demands propounded on plaintiffs by the Borough, Mayor Kim, and Councilman Min. Answers to those defendants' interrogatories have been provided and a response to the agreed portions of their notice to produce will be provided by October 10, 2025.

The delays in completing written discovery were a consequence of the developments in the state court case noted above and an expansion of the case load and professional commitments of plaintiffs' counsel since July 1, 2025.

Because of the foregoing, the parties respectfully request a 90-day extension of discovery in that matter to complete depositions of the parties.

                                             Respectfully,

                                             s/ Leonard Seaman
                                            LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
        client (via e-mail)