THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

***REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

December 16, 2025

<u>**VIA CM/ECF**</u>
The Honorable José R. Almonte, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

      Re:    **LORENZO v. THE BOROUGH OF PALISADES PARK et al.**
              **Civil Action No.: 2:23-cv-21849-CCC-JRA**

            **ASHLEY V. THE BOROUGH OF PALISADES PARK, et al.**
            **Civil Action No.: 2:24-cv-6285-CCC-JRA**

Dear Judge Almonte:

      This office represents plaintiffs David J. Lorenzo and Austin Ashley in the above-referenced matters which have been consolidated for discovery purposes. Defendants, the Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min are represented by R. Scott Fahrney , Jr., Esq. Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq.

      Please accept the following joint letter on behalf of all parties summarizing the status of these cases and settlement discussions as directed by the Court in preparation for the December 22, 2025 telephone status conference. (ECF No. 69)

## STATUS OF SETTLEMENT DISCUSSIONS AND RELATED STATE COURT MATTER

No settlement discussions have been undertaken in this case. The parties believe that those discussions are premature because of two factors. First, the parties are commencing depositions, and it is necessary to complete them to be able to access settlement prospects. Further, as Your Honor may recall, the plaintiffs, the Borough, Mayor Kim, and Councilman Min are also in engaged in litigation in New Jersey state court that relates to plaintiffs' contract-based claims for raises they were due during their terms of employment and for accrued sick and vacation pay and terminal leave they were owed upon termination, and the Borough's claim against Mr. Lorenzo seeking disgorgement of its past payments to him for unused sick and vacation pay. (The defendants here are represented by different counsel in the state court matters.) Fact discovery in the state court matter was completed earlier this month, and dispositive motions are scheduled to be filed by the end of January.

## . STATUS OF DISCOVERY

The parties have completed their exchange of paper discovery.

Mr. Ashley's deposition is scheduled for January 6, 2026. Mr. Lorenzo's deposition is scheduled for January 8, 2026. Defendants Jang and Park have subpoenaed depositions of fact witnesses Elefterio Elefteriou on December 22, 2025 and James Rotundo on December 23, 2025.

Plaintiffs have requested dates from defendants' counsel to complete the depositions of the four defendants during the later portion of January 2026.

Because of the foregoing, the parties respectfully request a 60-day extension of fact discovery in that matter to complete depositions noted above.

Respectfully,

s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:   All counsel (via CM/ECF)
      client (via e-mail)