THE LAW OFFICES OF

# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
3rd FLOOR
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

March 2, 2026

**<u>VIA CM/ECF</u>**
The Honorable José R. Almonte, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

  Re: **LORENZO v. THE BOROUGH OF PALISADES PARK et al.**
    **Civil Action No.: 2:23-cv-21849-CCC-JRA**

    **ASHLEY V. THE BOROUGH OF PALISADES PARK, et al.**
    **Civil Action No.: 2:24-cv-6285-CCC-JRA**

Dear Judge Almonte:

  This office represents plaintiffs David J. Lorenzo and Austin Ashley in the above-referenced matters which have been consolidated for discovery purposes. Defendants, the Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min are represented by R. Scott Fahrney , Jr., Esq. Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq.

  Please accept the following joint letter on behalf of all parties summarizing the status of these cases and settlement discussions as directed by the Court in preparation for the March 5, 2025 telephone status conference.

## <u>STATUS OF SETTLEMENT DISCUSSIONS AND RELATED STATE COURT MATTER</u>

As Your Honor may recall, the plaintiffs, the Borough are also in engaged in litigation in New Jersey state court that relates to plaintiffs' contract-based claims for raises they were due during their terms of employment and for accrued sick and vacation pay and terminal leave they were owed upon termination, and the Borough's claim against Mr. Lorenzo seeking disgorgement of its past payments to him for unused sick and vacation pay. (Borough is represented by different counsel in the state court matters.)

The parties viewed the resolution of that case as an impediment to meaning settlement discussions here. Fact discovery has concluded in the state court matters, and dispositive motions in Mr. Lorenzo's cases were filed last Friday. Those motions are returnable on March 27, 2026. At the defendant's request, we made a settlement demand in Mr. Ashley's case, and the parties agreed to delay dispositive motions in that matter while we continue settlement discussions.

Additionally, a trial date has been set in these matters for May 4, 2026.

Based on the foregoing, we expect that the impediments to settlement discussions due to the pending state court matters will be removed shortly.

## . <u>STATUS OF DISCOVERY</u>

The parties have completed their exchange of paper discovery.

Plaintiff's depositions scheduled for early February were not completed due to the professional conflicts among counsel. Counsel have proposed producing their respective clients for deposition as follows:

| | |
|---|---|
| Austin Ashley | March 9 or March 10 |
| David Lorenzo | March 11 or March 12 |

Defendants' counsel have conferred with the their clients and will produce Chong Paul Kim, Suk "John" Min, Stephanie Jang, Jae Park during the weeks of April 6 or April 13.

Because of the foregoing, the parties respectfully request a 60-day extension of fact discovery in that matter to complete depositions noted above.

Respectfully,


 s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
      client (via e-mail)