THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

April 29, 2026

**<u>VIA CM/ECF</u>**
The Honorable José R. Almonte, U.S.M.J
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

> **Re:    LORENZO v. THE BOROUGH OF PALISADES PARK et al.**
> **Civil Action No.: 2:23-cv-21849-CCC-JRA**
>
> **ASHLEY v. THE BOROUGH OF PALISADES PARK, et al.**
> **Civil Action No.: 22-cv-6285-CCC**

Dear Judge Almonte:

This office represents plaintiffs David J. Lorenzo and Austin Ashley in the above-referenced matters which have been consolidated for discovery purposes. Defendants, the Borough of Palisades Park, Chong Paul Kim, and Suk "John" Min are represented by R. Scott Fahrney , Jr., Esq. Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq. Please accept the following joint letter on behalf of all parties summarizing the status of these cases as directed by the Court in preparation for the May 5, 2026 telephone status conference. (ECF No. 73)

Plaintiff Austin Ashley was deposed on March 11, 2026. Plaintiff David Lorenzo was deposed on March 19, 2026.

Plaintiffs have supplied their economic expert, Kristin K. Kucsma, M.A, with all information requested to complete her analysis of plaintiffs' economic damages. We anticipate receiving a report that can be served within the next 45 days.

Counsel for defendants Kim and Min suggested that the parties engage in mediation to attempt to resolve the matter. Plaintiffs are prepared to engage in mediation once the economic expert report has been finalized.

Plaintiffs have requested dates for depositions of defendants Kim, Min, Jang, and Park on several occasions, but the depositions have not been scheduled. Plaintiffs are prepared to take those depositions on reasonable notice, in person at a location convenient to defendants no later than June 15, 2026.

Defendants Jang and Park submit the following status update. Defendant Jang is available for her deposition May 11th through May 13th. Defendant Park is currently traveling out of the country but will be returning on May 14th. Counsel for Jang and Park will provide Park's available deposition dates by no later than May 18th.

Respectfully,

s/ Leonard Seaman
LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
       client (via e-mail)

2