## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DAVID J. LORENZO,

          Plaintiff,

          v.

THE BOROUGH OF PALISADES
PARK, NEW JERSEY, et al.,

          Defendants.

Civil Action No.

23-cv-21849 (CCC) (JRA)

**NINTH AMENDED
SCHEDULING ORDER**

**THIS MATTER** having come before the Court by way of the status conference on May 5, 2026, and the parties seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 5th day of May 2026, ORDERED** that:

1. Fact discovery is extended through **June 5, 2026** in order for the parties to complete all remaining depositions.

2. All affirmative expert reports shall be delivered by **July 6, 2026**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **August 6, 2026**.  Any such report shall comport with the form and content requirements referenced above.

4.  Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **September 7, 2026**.


HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE