VANESSA I. CRAVEIRO, ESQ. (062992013)
**SHAH LAW GROUP, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Phone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Stephanie Jang and Jae Park*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

_____

DAVID J. LORENZO,

        Plaintiff,

v.

THE BOROUGH OF PALISADES
PARK, et. al.,

        Defendants.

_____

Hon. Jose R. Almonte, U.S.D.J.

Civil Action No. 2:23-CV-21849-CCC-JRA

CIVIL ACTION

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned, VANESSA I. CRAVEIRO, ESQ.,

of Shah Law Group, LLC, enters her appearance as counsel on behalf of Defendants,

Stephanie Jang and Jae Park.

            **SHAH LAW GROUP, LLC**
            *Attorneys for Defendants Stephanie Jang*
            *and Jae Park*

            By:  */s/ Vanessa I. Craveiro*
                  VANESSA I. CRAVEIRO, ESQ.

Dated: July 15, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing Notice of Appearance was filed with the clerk of the United States District Court, Newark Vicinage, and all served upon all counsel of record, *via* Pacer.

I hereby certify that the above statements made by me are true and correct to the best of my knowledge, information, and belief. I understand that if any of the foregoing statements are false, I may be subject to punishment.


Dated: July 15, 2026

*/s/ Vanessa I. Craveiro*_____
VANESSA I. CRAVEIRO, ESQ.