**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**TENTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the status conference on July 22, 2026, and the parties seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 22nd day of October 2026, ORDERED** that:

1. Fact discovery is extended through **August 21, 2026** in order for the parties to complete all remaining depositions.
2. All affirmative expert reports shall be delivered by **September 22, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).
3. All responding expert reports shall be delivered by **October 22, 2026**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **November 23, 2026**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE