**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**ELEVENTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated October 21, 2026 at Dkt. No. 86, and the parties seeking an extension to the time to complete expert discovery, and for good cause shown,

**IT IS, on this 22nd day of October 2026, ORDERED** that:

1. All affirmative expert reports shall be delivered by **November 13, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).
2. All responding expert reports shall be delivered by **December 30, 2026**. Any such report shall comport with the form and content requirements referenced above.
3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **January 14, 2027**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE