**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID J. LORENZO,<br><br>Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No.<br><br>23-cv-21849 (CCC) (JRA)<br><br>**MEDIATION REFERRAL ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letters dated July 29, 2026 and October 21, 2026 (Dkt. Nos. 84, 86); and the parties having chosen to pursue private mediation before Honorable Robert L. Polifroni, P.J. Cv. (Ret.); and for good cause shown,

**IT IS** on this day, **October 22, 2026**, **ORDERED** that:

1. The parties are referred to private mediation before the Honorable Robert L. Polifroni, P.J. Cv. (Ret.).

2. THE HON. ROBERT L. POLIFRONI, P.J. CV. (RET.) may be contacted at:

   HARDIN, KUNDLA, MCKEON & POLETTO
   673 MORRIS AVENUE
   SPRINGFIELD, NEW JERSEY, 07081
   973-912-5222 EXT. 2214
   RPOLIFRONI@HKMPP.COM

3. The parties shall complete mediation on or before **February 5, 2027**.

4. No later than **February 12, 2027**, the parties shall file a joint letter informing the Court whether this matter has been resolved.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE